**No. 60157.**—Fred Bennett *v.* United States, protest 243793–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that items 342, 343, 344, and 347 on entry 735247 actually consisted of unbleached cotton cloth, not woven with two or more colors or kinds of filling, the claim of the plaintiff was sustained with respect to said items.